IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 11-40106-01-RDR |
| ) | |
| MARK STANTON WYCHE, ) | |
| Defendant. ) | |
| ) | |

## **O R D E R**

**NOW** on this 16th day of December, 2011, the above-entitled matter comes before the Court upon the motion of counsel for the accused for an order granting additional time until January 13, 2012 to file motions herein.

The Court finds that counsel for the defendant just received one notebook and approximately 500 pages of discovery, as well as 14 disks of photographs, interviews and other discovery. The government also advised that additional discovery will be forthcoming.

The Court further finds that defense counsel will be out of the office from December 20, 2011 until January 3, 2012.

The Court further finds that counsel for the government has no objection to this motion.

The Court finds that failure to grant the extension would result in a miscarriage of justice and deny the defendant due process.

The Court, after reviewing the motion and being fully advised in the premises finds that there exists good cause for the motion, and that the motion should therefore be sustained.

**IT IS THEREFORE ORDERED** that the accused have additional time up to and including January 13, 2012 to file motions in the above-entitled action, and the government shall have until January 20, 2012 to file responses. The motions hearing is rescheduled to February 1, 2012 at 10:00 a.m. The additional time requested will not prejudice the parties herein. Such additional time outweighs the best interests of the public and the defendant in a speedy trial, as set out in 18 U.S.C.

§ 3161(h)(1)(7) .

                                        s/Richard D. Rogers
                                        United States District Judge