IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA, )
                      Plaintiff, )
                      )
v. ) Case No. 11-40106-01-RDR
                      )
MARK STANTON WYCHE, )
                      Defendant. )
_____)

## ORDER FOR CONTINUANCE

**NOW** on this 20th day of January, 2012, the above-entitled matter comes before the Court upon the motion of the defendant for an order continuing the motions hearing currently set on February 1, 2012 for two (2) weeks.

    The Court, after reviewing the motion and being fully advised in the premises, finds that the parties are engaged in plea negotiations which may eliminate the need for a motions hearing.

    The Court further finds that failure to grant the extension would result in a miscarriage of justice and deny the defendant due process.

    The Court further finds that he additional time requested will not prejudice the parties herein. Such additional time outweighs the best interests of the public and the defendant in a speedy trial, as set out in 18 U.S.C. 3161(h)(7).

    **IT IS THEREFORE ORDERED** that the motions hearing is hereby continued to February 15, 2012 at 9:30 a.m.

                                                      s/Richard D. Rogers
                                                      United States District Judge